ELMER A. HUFF, Respondent, v. HUGH M. BULGER, Appellant.

*Huff* v. *Bulger*, 156 App. Div. 879, affirmed.
(Submitted November 30, 1915; decided December 14, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 19, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover commissions on the sale and exchange of real property. The defense was payment.

*Virgil H. Clymer* for appellant.

*John A. Johnson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK; CHASE, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.

---

J. P. DUFFY COMPANY, Appellant, v. AUGUST W. TODEBUSH, Respondent.

(Submitted December 6, 1915; decided December 14, 1915.)

Motion for re-argument denied, with ten dollars costs. (See 216 N. Y. 297.)

---

In the Matter of the Transfer Tax upon the Estate of CHARLES F. WRIGHT, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; GEORGIANA B. WRIGHT et al., as Trustees, Respondents.

(Submitted December 6, 1915; decided December 14, 1915.)

Motion for re-argument denied, with ten dollars costs. (See 214 N. Y. 714.)